IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN DAVID LIEBOWITZ,<br><br>Defendant. | NO. 4:95-cr-00073-REL<br><br><br><br>**ORDER** |

Defendant Alan David Liebowitz pleaded guilty to three drug-related offenses in 1996. He has fully served all of his sentence.

Liebowitz now requests a copy of his presentence investigation report that was made in 1996. Access to free transcripts and other documents from a defendant's trial "is not constitutionally required until after judicial certification that access is required to decide issues presented in a pending, non-frivolous case." United States v. Losing, 601 F.2d 351, 352, 353 (8th Cir. 1979) (per curiam). Liebowitz currently has no case pending before this Court, and he does not state why he needs these particular documents.

As he has not made a showing that he has a particularized need for these documents, the motion for the document at court expense is denied.

**IT IS SO ORDERED**.

Dated this 19th day of September, 2014.

_____
RONALD E. LONGSTAFF, Senior Judge
United States District Court